# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Afghanistan Premier Logistics | ) ASBCA No. 59484 |
| | ) |
| Under Contract No. W91B4N-11-D-7003 | ) |

APPEARANCE FOR THE APPELLANT:　　　Mr. James S. Bivens

APPEARANCE FOR THE GOVERNMENT:　　Raymond M. Saunders, Esq.
　　　　　　　　　　　　　　　　　　　　　　Army Chief Trial Attorney

## ORDER OF DISMISSAL

By correspondence dated 10 August 2014, appellant filed a Notice of Appeal. By correspondence dated 27 August 2014, appellant indicated that it "will NOT appeal the Contracting Officer's Final Decision, as previously requested." Appellant requested that this appeal be removed from the Board's docket. The government has no objection to appellant's request. Accordingly, the appeal is dismissed.

Dated: 3 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59484, Appeal of Afghanistan Premier Logistics, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals